THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP JEWELL, SR., :
: CIVIL ACTION NO. 3:22-CV-1203
Plaintiff, : (JUDGE MARIANI)
: (Magistrate Judge Carlson)
v. :
:
KOHAN RETAIL INVESTMENT :
GROUP, et al., :
:
Defendants. :

## ORDER

AND NOW, THIS _19th_ DAY OF MARCH 2024, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 17), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to *CLOSE* this case.

_____
Robert D. Mariani
United States District Judge